UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FILED
JUL - 7 2010
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY
UNITED STATES DISTRICT COURT

-PS-O-

---

CARL JACKSON, 90B1304,

        Plaintiff,

    -v-

P. CORCORAN, et al.,

        Defendants.

**DECISION AND ORDER
10-CV-6262P**

---

CARL JACKSON,

        Plaintiff,

    -v-

HETRICK, et al.,

        Defendants.

**DECISION AND ORDER
10-CV-6298P**

---

CARL JACKSON,

        Plaintiff,

    -v-

A. BRIDGE, Deputy Superintendent of
Administration, Southport Correctional Facility
Department of Correctional Services ["DOCS"]
State of New York,

        Defendant.

**DECISION AND ORDER
10-CV-6314P**

---

      Plaintiff, Carl Jackson, an inmate of the Sullivan Correctional Facility when he filed

these actions, has filed these three *pro se* action seeking relief under 42 U.S.C. § 1983.

It now appears that the Court does not have plaintiff's current address. Plaintiff was

released from Sullivan Correctional Facility on June 17, 2010. Based on this, it appears that plaintiff has failed to provide the Court with an address where papers may be served.

Local Rule of Civil Procedure 5.2(d) requires that a party proceeding *pro se* "must furnish the Court with a current address at which papers may be served on the litigant. .... In addition, the Court must have a current address at all times. Thus a *pro se* litigant must notify the Court immediately in writing of any change of address. Failure to do so may result in dismissal of the case with prejudice." Local Rule of Civil Procedure 5.2(d).

Accordingly, **plaintiff is directed to provide the Court with an address where papers may be served by August 3, 2010 or the cases will be dismissed with prejudice without further order of the Court.**

If plaintiff fails to provide an address by August 3, 2010, the Clerk of the Court is directed to close this cases as dismissed with prejudice without further order of the Court.

SO ORDERED.

Dated:  July 6 , 2010
Rochester, New York

CHARLES J. SIRAGUSA
United States District Judge